THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff IRMA RAMIREZ
and DAREN HEATHERLY, each an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY, each an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHRISTINE M. BACKHOUSE, as Trustee of the JOHN OLIVER LIVING TRUST DATED JANUARY 13, 1981, a.k.a. EL AZTECA,<br><br>　　　　Defendants, | CASE NO. CV-09-3739-CRB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///
///
///

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute one
5  original document.
6  Respectfully submitted,

7

8  Dated: May 19, 2010                THOMAS E. FRANKOVICH, Esq.
9                                      *A PROFESSIONAL LAW CORPORATION*
10
11                                     By: ____/s/Thomas E. Frankovich_____
                                              Thomas E. Frankovich
12                                     Attorneys for Plaintiffs IRMA RAMIREZ and
                                       DAREN HEATHERLY, each an individual
13
14
15  Dated: May 19, 2010                Haight Brown & Bonesteel LLP,
16
17                                     By: ____Nairi Paterson____
                                              Nairi Paterson, Esq.
18                                     Attorneys for Defendant and Third Party Plaintiff
19                                     Christine M. Backhouse, As Trustee Of The John
                                       W. Oliver Administrative Trust, erroneously sued
20  ///                                as CHRISTINE M. BACKHOUSE, as Trustee of
                                       the JOHN OLIVER LIVING TRUST DATED
21  ///                                JANUARY 13, 1981, aka EL AZTECA
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Dated: 5/20, 2010

CARL T. VOSS,
LAW OFFICE OF CARL T. VOSS

By: _____Carl T. Voss_____
Carl T. Voss, Esq.
Attorneys for Cross-Defendant GONZALO VALDOVINOS

## ORDER

**IT IS HEREBY ORDERED,** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: _____June 4_____, 2010

_____
Honorable Judge Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED — Judge Charles R. Breyer*